UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1182 (GK) |
| RAYTHEON COMPANY, DANIEL P. BURNHAM, and ALDO R. SERVELLO, | : |
| Defendants. | : |

## ORDER

It is this 29th day of June, 2006, hereby

**ORDERED**, that all Defendants shall file their Certificates, pursuant to LCvR 7.1, no later than **July 6, 2006**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**