# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-1182 (GK) ) |
| RAYTHEON COMPANY, et al., | ) ) |
| Defendants. | ) |

## APPEARANCE OF GRIFFITH L. GREEN

To the Clerk of this Court and all parties of record:

      Please enter the appearance of Griffith L. Green as counsel in the above-captioned matter for Raytheon Company.

      Respectfully submitted,

/s/ Griffith L. Green
Griffith L. Green (#456442)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)
E-mail: ggreen@sidley.com

Counsel for Raytheon Company

Dated: July 5, 2006

## **CERTIFICATE OF SERVICE**

I, Griffith L. Green, hereby certify that on this 5th day of July, 2006, I caused a true and correct copy of the foregoing Appearance of Griffith L. Green to be served by first-class mail upon the following:

>John D. Worland, Jr.
>Timothy N. England
>Beth Collier Groves
>Christopher J. Stewart
>Securities and Exchange Commission
>100 F Street, N.E.
>Washington, DC 20549-0713
>
>Counsel for Securities and Exchange Commission

>/s/ Griffith L. Green
>Griffith L. Green