# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-1182 (GK) ) |
| RAYTHEON COMPANY, et al., | ) ) |
| Defendants. | ) |

## LOCAL RULE 7.1 CERTIFICATION OF RAYTHEON COMPANY

I, the undersigned, counsel of record for Raytheon Company certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Raytheon Company which have any outstanding securities in the hands of the public.

- 2 -

These representations are made in order that judges of this Court may determine the need for recusal.

                                          Respectfully submitted,

                                          /s/ Griffith L. Green
                                          Griffith L. Green (#456442)
                                          SIDLEY AUSTIN LLP
                                          1501 K Street, N.W.
                                          Washington, D.C. 20005
                                          (202) 736-8000
                                          (202) 736-8711 (fax)
                                          E-mail:  ggreen@sidley.com

                                          Counsel for Raytheon Company

Dated:  July 5, 2006

# CERTIFICATE OF SERVICE

I, Griffith L. Green, hereby certify that on this 5th day of July, 2006, I caused a true and correct copy of the foregoing Local Rule 7.1 Certification of Raytheon Company to be served by first-class mail upon the following:

>John D. Worland, Jr.
>Timothy N. England
>Beth Collier Groves
>Christopher J. Stewart
>Securities and Exchange Commission
>100 F Street, N.E.
>Washington, DC 20549-0713
>
>Counsel for Securities and Exchange Commission

/s/ Griffith L. Green
Griffith L. Green

DC1 861561v.1