CO-386-online
10/03

# United States District Court
# For the District of Columbia

Securities and Exchange Commission, )
)
)
)
Plaintiff )
vs )   Civil Action No._____
)
Raytheon Company, Daniel P. )
Burnham, and Aldo R. Servello )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Securities and Exchange Commission__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Raytheon Company__ which have any outstanding securities in the hands of the public:

Raytheon Company.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__DC Bar No. 474010__
BAR IDENTIFICATION NO.

__Christopher J. Stewart__
Print Name

__100 F Street NE__
Address

__Washington, DC__          __20549__
City          State          Zip Code

__202-551-4542__
Phone Number