UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
SECURITIES AND EXCHANGE COMMISSION, )
100 F Street, N.E.                                            )
Washington, D.C. 20549                                )
                                                                        )   **Civil Action No. 06-1182**
                       **Plaintiff,**                           )
                                                                        )
             v.                                                       )
                                                                        )
                                                                        )
**RAYTHEON COMPANY, DANIEL P.**        )
**BURNHAM, and ALDO R. SERVELLO**   )
                                                                        )
                       **Defendants.**                       )
_____)

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Stephen J. Crimmins as counsel in this case for: Daniel P. Burnham and Aldo R. Servello.

| | |
|---|---|
| 9/14/2006 | Stephen J. Crimmins /S/ <br> Bingham McCutchen, LLP <br> 2020 K Street, N.W. <br> Washington, D.C. 20006 <br> (202) 373-6108 |

391604
BAR IDENTIFICATION