UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
SECURITIES AND EXCHANGE COMMISSION, )
100 F Street, N.E. )
Washington, D.C. 20549 )
) Civil Action No. 06-1182
           **Plaintiff,** )
)
           **v.** )
)
)
**RAYTHEON COMPANY, DANIEL P.** )
**BURNHAM, and ALDO R. SERVELLO** )
)
           **Defendants.** )
_____)

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of John J. Dempsey as counsel in this case for:  Daniel P. Burnham and Aldo R. Servello.

| | |
|---|---|
| 9/14/2006 | John J. Dempsey /S/<br>Bingham McCutchen, LLP<br>2020 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 373-6108 |

480348
BAR IDENTIFICATION