UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION, )
100 F Street, N.E. )
Washington, D.C. 20549 )
)
                          **Plaintiff,** )
)
         **v.** )        Civil Action No. *06-1182*
)
**RAYTHEON COMPANY, DANIEL P. BURNHAM,** )
**and ALDO R. SERVELLO,** )
)
                       **Defendants.** )
)

---

## FINAL JUDGMENT AS TO DEFENDANT ALDO R. SERVELLO

The Securities and Exchange Commission having filed a Complaint and Aldo R.

Servello ("Defendant") having entered a general appearance, consented to the Court's

jurisdiction over Defendant and the subject matter of this action, consented to entry of

this Final Judgment without admitting or denying the allegations of the Complaint

(except as to jurisdiction), waived findings of fact and conclusions of law, and waived

any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall

pay disgorgement of certain past bonus payments in the amount of $15,000 plus pre-

judgment interest in the amount of $4,628.28 and a civil penalty in the amount of $15,000

pursuant to Section 20(d) of the Securities Act of 1933 [15 U.S.C. § 77t(d)] and Section

21(d)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u(d)(3)]. Defendant

shall satisfy this obligation by paying $34,628.28 within ten business days to the Clerk of

RECEIVED

SEP 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## *Intra-Day Detail Report*                    *9/15/2006*

**As-Of Date:   9/15/2006**
## Citizens Bank MA.

**1134914153**                    **USD**    **BINGHAM DANA LLP MASTER ACCT**
Statement Updated:   06-09-15 11:30:40 EDT
*Debit Transactions:*

| Amount | Reference Numbers |
|---|---|

**MONEY TRANSFER DEBITS**
   Outgoing Money Xfer

| 1,238,344.37 | FED:0915A1B7A41C000753 | 1,238,344.37 |
|---|---|---|
| | BNF FI ID:031000053 | |
| | BNF FI:PNCBANK, NATIONAL ASSOC | |
| | BNF FI ADDRESS:PHILADELPHIA, PA | |
| | BNF ID:5300445258 | |
| | BNF NAME:US District Court for District of | |
| | BNF ADDRESS:Columbia (ALC#00004616) | |
| | OBI:SEC v. Raytheon Company, 06-1182 | |
| | .  Payment on behalf of Daniel Burnham | |
| 34,628.28 | FED:0915A1B7A41C000754 | 34,628.28 |
| | BNF FI ID:031000053 | |
| | BNF FI:PNCBANK, NATIONAL ASSOC | |
| | BNF FI ADDRESS:PHILADELPHIA, PA | |
| | BNF ID:5300445258 | |
| | BNF NAME:US District Court for District of | |
| | BNF ADDRESS:Columbia (ALC#00004616) | |
| | OBI:SEC v. Raytheon Company, 06-1182 | |
| | .  Payment on behalf of Aldo Servello | |

TOTAL MONEY TRANSFER DEBITS:
   1,272,972.65