UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,   )
100 F Street, N.E.                     )
Washington, D.C.  20549                )
                                       )
                    Plaintiff,         )
                                       )
        v.                             )    Civil Action No. 06-1182
                                       )
RAYTHEON COMPANY, DANIEL P. BURNHAM,   )
and ALDO R. SERVELLO,                  )
                                       )
                    Defendants.        )
                                       )

## FINAL JUDGMENT AS TO DEFENDANT DANIEL P. BURNHAM

The Securities and Exchange Commission having filed a Complaint and Daniel P. Burnham ("Defendant") having entered a general appearance, consented to the Court's jurisdiction over Defendant and the subject matter of this action, consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction), waived findings of fact and conclusions of law, and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall pay disgorgement of certain past bonus payments in the amount of $875,000 plus pre-judgment interest in the amount of $263,344.37 and a civil penalty in the amount of $100,000 pursuant to Section 20(d) of the Securities Act of 1933 [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u(d)(3)]. Defendant shall satisfy this obligation by paying $1,238,344.37 within ten business days

RECEIVED

SEP 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Intra-Day Detail Report  *9/15/2006*

As-Of Date:   9/15/2006

### Citizens Bank MA.

1134914153                             USD      BINGHAM DANA LLP MASTER ACCT
Statement Updated:   06-09-15 11:30:40 EDT

*Debit Transactions:*

　　　　Amount   Reference Numbers

**MONEY TRANSFER DEBITS**
　　Outgoing Money Xfer
　　1,238,344.37  FED:0915A1B7A41C000753      1,238,344.37
　　　　　BNF FI ID:031000053
　　　　　BNF FI:PNCBANK, NATIONAL ASSOC
　　　　　BNF FI ADDRESS:PHILADELPHIA, PA
　　　　　BNF ID:5300445258
　　　　　BNF NAME:US District Court for District of
　　　　　BNF ADDRESS:Columbia (ALC#00004616)
　　　　　OBI:SEC v. Raytheon Company, 06-1182
　　　　　. Payment on behalf of Daniel Burnham
　　　 34,628.28  FED:0915A1B7A41C000754         34,628.28
　　　　　BNF FI ID:031000053
　　　　　BNF FI:PNCBANK, NATIONAL ASSOC
　　　　　BNF FI ADDRESS:PHILADELPHIA, PA
　　　　　BNF ID:5300445258
　　　　　BNF NAME:US District Court for District of
　　　　　BNF ADDRESS:Columbia (ALC#00004616)
　　　　　OBI:SEC v. Raytheon Company, 06-1182
　　　　　. Payment on behalf of Aldo Servello

**TOTAL MONEY TRANSFER DEBITS:**
　　1,272,972.65

*Page*   1