UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>      Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, DANIEL P. BURNHAM,<br>and ALDO R. SERVELLO,<br><br>      Defendants. | Civil Action No. 06-1182<br><br>PLAINTIFF'S MOTION<br>TO DISBURSE FUNDS TO<br>PAY TAX OBLIGATIONS |

---

## MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Securities and Exchange Commission respectfully requests that the Court enter an Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain tax obligations of the Distribution Fund in this case.

By orders dated August 23, 2006, the Court entered Final Judgments as to Defendants Raytheon Company, Daniel P. Burnham and Aldo R. Servello pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgments, on August 31, 2006, Raytheon Company paid a total of $12,000,001 of disgorgement and penalty; on September 26, 2006, defendant Daniel P. Burnham paid a total of $1,238,344.37 of prejudgment interest, disgorgement and penalty; and on September 26, 2006, defendant Aldo R. Servello paid a total $34,628.28 of prejudgment interest, disgorgement and penalty; to the Clerk of this Court (the "Distribution Fund"). The Distribution Fund was thereafter deposited in an interest-bearing account, account number 1:06-cv1182, under the case name designation "SEC v. Raytheon Company, Daniel P. Burnham and Aldo Servello." The Distribution Fund constitutes a Qualified

Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated December 11, 2006, the Court entered an order appointing Damasco & Associates to fulfill the tax obligations of the Distribution Fund. Pursuant to that Order, the Tax Administrator is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF, and is to be compensated for the tax services provided.

For the fourth calendar quarter, the Tax Administrator has determined that the Distribution Fund should make a federal income tax payment in the amount of $15,000 for its quarterly income tax payment due December 15, 2006. See Declaration of Tax Administrator attached as Exhibit A.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Dated: Dec. 22, 2006

Respectfully submitted,

Christopher J. Stewart (DC Bar No. 474010)
John D. Worland, Jr.
Timothy N. England
Beth Collier Groves
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
(202) 551-4542

2