# DECLARATION OF JUDE P. DAMASCO

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 244 Jackson Street, Fourth Floor, San Francisco, CA 94111. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Raytheon Company Distribution Fund in the Order, Civil Action No. 06-1182 (GK) filed on December 11, 2006.

3. As Tax Administrator, Damasco has determined that the SEC v Raytheon Company Distribution Fund owes $15,000 in estimated tax liability for the fourth quarter of 2006. This tax payment is due as soon as possible.

4. A check in the amount of $15,000 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 244 Jackson Street, Fourth Floor, San Francisco, CA 94111.

5. The check will be deposited into a trust account from which the tax payment will be made. Therefore, the Employer Identification Number that should be written on the check is 20-8056054 because it is for tax payment on behalf of the SEC v Raytheon Company Distribution Fund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2006 in San Francisco, California.

*[signature]*

Jude P. Damasco