UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES & EXCHANGE COMMISSION, :
:
            **Plaintiff,** :
:
v. :   Civil Action No. 06-1182 (GK)
:
**RAYTHEON COMPANY,** *et al.*, :
:
            **Defendants.** :

## ORDER

The Court, having reviewed the Securities and Exchange Commission's unopposed Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED**:

1. The Clerk of Court shall issue a check on CRIS account number 1:06-cv-1182, under the name designation "SEC v. Raytheon Company, Daniel P. Burnham and Aldo Servello" for the amount of $15,000 payable to "Damasco & Associates, Trust Account," for the payment of tax obligations as provided in the Declaration. The check shall contain the notation "SEC v. Raytheon Company, Daniel P. Burnham and Aldo Servello," account number 1:06-cv-1182, Employer Identification Number 20-8056054, and "fourth quarter 2006 tax estimate."

2. The Clerk of Court shall send the check by overnight mail to:

    Damasco & Associates LLP
    244 Jackson Street, Fourth Floor
    San Francisco, California 94111
    (415) 217-4900

      The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.


January 12, 2007                                                  /s/
                                                                 Gladys Kessler
                                                                 United States District Judge


**Copies via ECF to all counsel of record**