# DECLARATION OF JUDE P. DAMASCO

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 244 Jackson Street, Fourth Floor, San Francisco, CA 94111. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Raytheon Company Distribution Fund in the Order, Civil Action No. 06-1182 (GK) filed on December 11, 2006.

3. Pursuant to our engagement agreement with the SEC, attached as Exhibit A is a true and correct copy of our invoice for preparation and filing of the tax year 2006 qualified settlement fund tax returns and related tax compliance services for the SEC v Raytheon Company Distribution Fund.

4. Please remit payment in the amount of $1,580.81 via wire transfer or check according to the instructions listed on Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 19, 2006 in San Francisco, California.

*[signature]*

Jude P. Damasco

# EXHIBIT A

# Damasco & Associates LLP
PO Box 45719
San Francisco CA 94145-0719

Phone: (650) 712-3870    Fax: (650) 712-3873
FEIN 20-3042202

BETH COLLIER GROVES
SEC V RAYTHEON COMPANY DISTRIBUTION FUND

US SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON DC 20549

*Invoice #:* 14789
*Date:* February 19, 2007

*Client ID:* 8107

06-1182 (GK)
HO-9588

| | |
|---|---:|
| SEC V RAYTHEON COMPANY DISTRIBUTION FUND | |
| PREPARATION AND FILING OF 2006 US AND DC QUALIFIED SETTLEMENT FUND TAX RETURNS. | 1,550.00 |
| FEDERAL EXPRESS DELIVERY, 12/22/06 AND 2/9/07 | 30.81 |
| **New Charges:** | **$1,580.81** |
| Plus Prior Balance: | 0.00 |
| **New Balance:** | **$1,580.81** |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER
OR CHECK ACCORDING TO THE INSTRUCTIONS BELOW:

WIRE FUNDS TO: UNION BANK OF CALIFORNIA
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP

OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
244 JACKSON STREET, FOURTH FLOOR
SAN FRANCISCO, CA 94111