UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>       Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, DANIEL P. BURNHAM,<br>and ALDO R. SERVELLO,<br><br>       Defendants. | Civil Action No. 06-1182<br><br>[PROPOSED] ORDER<br>TO DISBURSE FUNDS TO<br>PAY TAX OBLIGATIONS |

### [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on CRIS account number 1:06-cv1182, under the case name designation "SEC v. Raytheon Company, Daniel P. Burnham and Aldo Servello" for the amount of $50,000, payable to "Damasco & Associates, Trust Account," for the payment of tax obligations as provided in the Declaration. The check shall contain the notation "SEC v. Raytheon Company, Daniel P. Burnham and Aldo Servello," account number 1:06-cv1182, Employer Identification Number 20-8056054, and "first quarter 2007 tax estimate."

2. The Clerk shall send the check by overnight mail to:

   Damasco & Associates LLP
   244 Jackson Street, Fourth Floor
   San Francisco, CA 94111
   Phone: 415-217-4900

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: _____

 

                                 _____
                                 UNITED STATES DISTRICT JUDGE