**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**SECURITIES AND EXCHANGE COMMISSION,** )
    **100 F Street, N.E.** )
    **Washington, D.C. 20549** )
                )
    **Plaintiff,** )
                )
    **v.** )
                )  **Civil Action No. 06-1182**
                )
                )
**RAYTHEON COMPANY, DANIEL P.** )
**BURNHAM, and ALDO R. SERVELLO** )
                )
    **Defendants.** )
_____)

## NOTICE OF APPEARANCE

   To the Clerk of this Court and all parties of record:

Please enter the appearance of John D. Worland, Jr. Lead Attorney in this case for:


   Plaintiff, Securities and Exchange Commission.



          s/John D. Worland, Jr.

          John D. Worland, Jr.
          Supervisory Trial Attorney
          Securities and Exchange Commission
427797           100 F. Street, N.E.
D.C. BAR IDENTIFICATION    Washington, D.C. 20549-4010
          worlandj@sec.gov
          202-551-4438