UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>                    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, DANIEL P. BURNHAM,<br>and ALDO R. SERVELLO,<br><br>                    Defendants. | Civil Action No. 06-1182<br><br>PLAINTIFF'S MOTION<br>TO DISBURSE FUNDS TO<br>PAY TAX OBLIGATIONS |

## MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Securities and Exchange Commission respectfully requests that the Court enter an Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain tax obligations of the Distribution Fund in this case.

By orders dated August 23, 2006, the Court entered Final Judgments as to Defendants Raytheon Company, Daniel P. Burnham and Aldo R. Servello pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgments, on August 31, 2006, Raytheon Company paid a total of $12,000,001 of disgorgement and penalty; on September 26, 2006, defendant Daniel P. Burnham paid a total of $1,238,344.37 of prejudgment interest, disgorgement and penalty; and on September 26, 2006, defendant Aldo R. Servello paid a total $34,628.28 of prejudgment interest, disgorgement and penalty; to the Clerk of this Court (the "Distribution Fund"). The Distribution Fund was thereafter deposited in an interest-bearing account, account number 1:06-cv1182, under the case name designation "SEC v. Raytheon Company, Daniel P. Burnham and Aldo Servello." The Distribution Fund constitutes a Qualified

Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated December 11, 2006, the Court entered an order appointing Damasco & Associates to fulfill the tax obligations of the Distribution Fund. Pursuant to that Order, the Tax Administrator is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF, and is to be compensated for the tax services provided.

For the fourth calendar quarter, the Tax Administrator has determined that the Distribution Fund should make a federal income tax payment in the amount of $41,400 for its quarterly income tax payment due December 17, 2007. See Declaration of Jude P. Damasco in Support of Request to Make Tax Payment attached as Exhibit A. The Tax Administrator has also received notification from the Internal Revenue Service that the Distribution Fund owes $356.52 in late payment penalties and interest for the tax year 2006 due December 14, 2007. See Declaration of Jude P. Damasco attached as Exhibit B.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Dated: 11/26/07

Respectfully submitted,

John D. Worland, Jr. (DC Bar No. 427797)
Timothy N. England
Beth Collier Groves
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549
(202) 551-4542

EXHIBIT A

# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF
# REQUEST TO MAKE TAX PAYMENT

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Raytheon Company Distribution Fund in the Order, Civil Action No. 06-1182 (GK) filed on December 11, 2006.

3. As Tax Administrator, Damasco has determined that the SEC v Raytheon Company Distribution Fund owes $41,400 in estimated tax liability for the fourth quarter of 2007. This tax payment is due December 17, 2007.

4. A check in the amount of $41,400 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019. For timely payment, the check should be received in our office on or before December 7, 2007.

5. The check will be deposited into a trust account from which the tax payment will be made. Therefore, the Employer Identification Number that should be written on the check is 20-8056054 because it is for tax payment on behalf of the SEC v Raytheon Company Distribution Fund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 6, 2007 in Half Moon Bay, California.

_____
Jude P. Damasco

EXHIBIT B

# DECLARATION OF JUDE P. DAMASCO

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1.  I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2.  Damasco was appointed as Tax Administrator for the SEC v Raytheon Company Distribution Fund in the Order, Civil Action No. 06-1182 (GK) filed on December 11, 2006.

3.  As Tax Administrator, Damasco has received notification from the Internal Revenue Service that the SEC v Raytheon Company Distribution Fund owes $356.52 in late payment penalties and interest for the tax year 2006. This payment is due December 14, 2007.

4.  A check in the amount of $356.52 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019. For timely payment, the check should be received in our office on or before December 6, 2007.

5.  The check will be deposited into a trust account from which the payment will be made. Therefore, the Employer Identification Number that should be written on the check is 20-8056054 because it is for payment on behalf of the SEC v Raytheon Company Distribution Fund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 6, 2007 in Half Moon Bay, California.

_Jude P. Damasco_
Jude P. Damasco

F:\Settlement Funds\SEC Agency Cases\SEC V Raytheon Co DF\2006\JPD 2006 IRS Notice Dec.doc

-1-

# CERTIFICATE OF SERVICE

This is to certify that I have caused a copy of this **Motion to Disburse Funds to Pay Tax Obligations** to be served upon the persons listed below by First Class Mail or ECF filing on this 26th day of November, 2007:

Counsel for Raytheon Company

        Griffith L. Green
        Sidley Austin, LLP
        1501 K Street, NW
        Washington, D.C. 2005-1401
        202-736-8126

Counsel for Daniel P. Burnham and Aldo R. Servello

        Stephen J. Crimmins
        Bingham, LLP
        2020 K Street, NW
        Washington, D.C. 20006-1806
        202-373-6108

Counsel for Franklyn A. Caine

        Joseph I. Goldstein
        Mayer Brown Rowe & Maw
        1909 K Street NW
        Washington, DC 20006
        202-263-3344

Counsel for Edward S. Pliner

        Harry Weiss and Laurie Stegman
        Wilmer Hale LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC 20006
        202-663-6993 (Weiss)
        202-663-6225 (Stegman)

Counsel for James E. Gray

        Mark Radke
        LeBoeuf Lamb Greene & MacRae LLP
        1875 Connecticut Avenue NW, Suite 1200
        Washington, DC 20009
        202-986-8076 (Radke)

        <u>s/ John D. Worland, Jr.</u>
        John D. Worland, Jr.