UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> 100 F Street, N.E. ) <br> Washington, D.C. 20549 ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> RAYTHEON COMPANY, DANIEL P. BURNHAM, ) <br> and ALDO R. SERVELLO, ) <br>  ) <br> Defendants. ) <br>  ) | Civil Action No. 06-1182 <br><br> [PROPOSED] ORDER <br> TO DISBURSE FUNDS TO <br> PAY TAX OBLIGATIONS |

### [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on CRIS account number 1:06-cv1182, under the case name designation "SEC v. Raytheon Company, Daniel P. Burnham and Aldo Servello" for the amount of $41,756.52, payable to "Damasco & Associates, Trust Account," for the payment of tax obligations as provided in the Declaration. The check shall contain the notation "SEC v. Raytheon Company, Daniel P. Burnham and Aldo Servello," account number 1:06-cv1182, Employer Identification Number 20-8056054, and "fourth quarter 2007 tax estimate and 2006 late payment penalties and interest."

2. The Clerk shall send the check by overnight mail to:

>    Damasco & Associates LLP
>    700 Monte Vista Lane
>    Half Moon Bay, CA 94019
>    Phone: 650-726-4100

Upon request, the Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE