UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C.  20549<br><br>                                   **Plaintiff,**<br><br>      v.<br><br>**RAYTHEON COMPANY, DANIEL P. BURNHAM,**<br>**and ALDO R. SERVELLO,**<br><br>                                   **Defendants.** | Civil Action No. 06-01182<br><br>NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE OF COUNSEL**

      Please enter the Appearance of Hope M. Jarkowski, of Bingham McCutchen LLP, as counsel for the Defendants Daniel P. Burnham and Aldo R. Servello in the above-captioned matter.  Further, Stephen J. Crimmins has left the firm of Bingham McCutchen LLP and therefore no longer represents Messrs. Burnham and Servello.

                                                    /s/ Hope M. Jarkowski
                                                    Hope M. Jarkowski, #491202
                                                    John J. Dempsey III, #480348
                                                    **BINGHAM MCCUTCHEN LLP**
                                                    2020 K Street NW
                                                    Washington, DC  20006
                                                    (202) 373-6000
                                                    *hope.jarkowski@bingham.com*
                                                    *john.dempsey@bingham.com*

Dated:  January 23, 2008

A/72376712.1

## CERTIFICATE OF SERVICE

  I hereby certify that on January 23, 2008 I filed this document electronically through the ECF system which will send notification of this filing to the registered participants as identified on the Notice of Electronic Filing (NEF).

                 <u>/s/ Hope M. Jarkowski, #491202</u>