# CERTIFICATE OF SERVICE

This is to certify that I have caused a copy of this **Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator** to be served upon the persons listed below by First Class Mail or ECF filing on this 19th day of March, 2008:

Counsel for Raytheon Company

>Griffith L. Green
>Sidley Austin, LLP
>1501 K Street, NW
>Washington, D.C. 2005-1401
>202-736-8126

Counsel for Daniel P. Burnham and Aldo R. Servello

>Stephen J. Crimmins
>Bingham, LLP
>2020 K Street, NW
>Washington, D.C. 20006-1806
>202-373-6108

Counsel for Franklyn A. Caine

>Joseph I. Goldstein
>Mayer Brown Rowe & Maw
>1909 K Street NW
>Washington, DC 20006
>202-263-3344

Counsel for Edward S. Pliner

>Harry Weiss and Laurie Stegman
>Wilmer Hale LLP
>1875 Pennsylvania Avenue, NW
>Washington, DC 20006
>202-663-6993 (Weiss)
>202-663-6225 (Stegman)

Counsel for James E. Gray

        Mark Radke
        LeBoeuf Lamb Greene & MacRae LLP
        1875 Connecticut Avenue NW, Suite 1200
        Washington, DC 20009
        202-986-8076 (Radke)

        <u>s/ John D. Worland, Jr.</u>
        John D. Worland, Jr.