UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
SECURITIES AND EXCHANGE COMMISSION,         )
100 F Street, N.E.                          )    Civil Action No. 06-1182
Washington, D.C.  20549                     )
                                            )    PLAINTIFF'S MOTION
              Plaintiff,                    )    TO DISBURSE FUNDS TO
                                            )    PAY TAX OBLIGATIONS
      v.                                    )
                                            )
RAYTHEON COMPANY, DANIEL P. BURNHAM,        )
and ALDO R. SERVELLO,                       )
                                            )
              Defendants.                   )
_____ )

## MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Securities and Exchange Commission respectfully requests that the Court enter an Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain tax obligations of the Distribution Fund in this case.

By orders dated August 23, 2006, the Court entered Final Judgments as to Defendants Raytheon Company, Daniel P. Burnham and Aldo R. Servello pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.  Pursuant to the Final Judgments, on August 31, 2006, Raytheon Company paid a total of $12,000,001 of disgorgement and penalty; on September 26, 2006, defendant Daniel P. Burnham paid a total of $1,238,344.37 of prejudgment interest, disgorgement and penalty; and on September 26, 2006, defendant Aldo R. Servello paid a total $34,628.28 of prejudgment interest, disgorgement and penalty; to the Clerk of this Court (the "Distribution Fund").  The Distribution Fund was thereafter deposited in an interest-bearing account, account number 1:06-cv1182, under the case name designation "SEC v. Raytheon Company, Daniel P. Burnham and Aldo Servello."  The Distribution Fund constitutes a Qualified

Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated December 11, 2006, the Court entered an order appointing Damasco & Associates to fulfill the tax obligations of the Distribution Fund.  Pursuant to that Order, the Tax Administrator is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF, and is to be compensated for the tax services provided.

For the first and second calendar quarters 2008, the Tax Administrator has determined that the Distribution Fund should make estimated federal income tax payments of $52,250 per quarter, for a combined payment of $104,500.  For the tax year 2007, the Tax Administrator has determined that the Distribution Fund owes $6,626 in tax liability to the federal and D.C. governments, which payment is due March 17, 2008.  See Declaration of Jude P. Damasco in Support of Request to Make Tax Payment attached as Exhibit A.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Dated: March 21, 2008                                        Respectfully submitted,


                                                             s/ John D. Worland, Jr.
                                                             John D. Worland, Jr. (DC Bar No. 427797)
                                                             Timothy N. England
                                                             Beth Collier Groves
                                                             Attorneys for Plaintiff
                                                             Securities and Exchange Commission
                                                             100 F Street, NE
                                                             Washington, DC  20549
                                                             (202) 551-4542

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>100 F Street, N.E. )<br>Washington, D.C. 20549 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAYTHEON COMPANY, DANIEL P. BURNHAM, )<br>and ALDO R. SERVELLO, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1182<br><br>[PROPOSED] ORDER<br>TO DISBURSE FUNDS TO<br>PAY TAX OBLIGATIONS |

**[PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS**

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on CRIS account number 1:06-cv1182, under the case name designation "SEC v. Raytheon Company, Daniel P. Burnham and Aldo Servello" for the amount of $111,126, payable to "Damasco & Associates, Trust Account," for the payment of tax obligations as provided in the Declaration. The check shall contain the notation "SEC v. Raytheon Company, Daniel P. Burnham and Aldo Servello," account number 1:06-cv1182, Employer Identification Number 20-8056054, and "first and second quarters 2008 tax estimate and 2007 tax liability."

    2. The Clerk shall send the check by overnight mail to:

      Damasco & Associates LLP
      700 Monte Vista Lane
      Half Moon Bay, CA 94019
      Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: _____

 

                                            _____
                                            UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

This is to certify that I have caused a copy of this **Motion to Disburse Funds to Pay Tax Obligations** to be served upon the persons listed below by First Class Mail or ECF filing on this 21st day of March, 2008:

Counsel for Raytheon Company

> Griffith L. Green
> Sidley Austin, LLP
> 1501 K Street, NW
> Washington, D.C. 2005-1401
> 202-736-8126

Counsel for Daniel P. Burnham and Aldo R. Servello

> Stephen J. Crimmins
> Bingham, LLP
> 2020 K Street, NW
> Washington, D.C. 20006-1806
> 202-373-6108

Counsel for Franklyn A. Caine

> Joseph I. Goldstein
> Mayer Brown Rowe & Maw
> 1909 K Street NW
> Washington, DC 20006
> 202-263-3344

Counsel for Edward S. Pliner

> Harry Weiss and Laurie Stegman
> Wilmer Hale LLP
> 1875 Pennsylvania Avenue, NW
> Washington, DC 20006
> 202-663-6993 (Weiss)
> 202-663-6225 (Stegman)

Counsel for James E. Gray

> Mark Radke
> LeBoeuf Lamb Greene & MacRae LLP
> 1875 Connecticut Avenue NW, Suite 1200
> Washington, DC 20009
> 202-986-8076 (Radke)

> <u>s/ John D. Worland, Jr.</u>
> John D. Worland, Jr.

4