# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF
# REQUEST TO MAKE TAX PAYMENTS

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Raytheon Company Distribution Fund in the Order, Civil Action No. 06-1182 (GK) filed on December 11, 2006.

3. As Tax Administrator, Damasco has determined that the SEC v Raytheon Company Distribution Fund owes $6,626 in tax liability for the tax year 2007. This tax payment is due March 17, 2008.

4. Damasco has also determined that the SEC v Raytheon Company Distribution Fund owes $104,500 in estimated tax liability for the first and second quarters of 2008. The breakdown for all these payments is as follows:

|  | Amount Due |
|---|---|
| 2007 U.S. Return: | $6,526 |
| 2007 DC Return: | $100 |
| 2008 First Quarter Estimate: | $52,250 |
| 2008 Second Quarter Estimate: | $52,250 |
| Total: | $111,126 |

5. A check in the amount of $111,126 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019. For timely payment, the check should be received in our office as soon as possible.

6. The check will be deposited into a trust account from which the tax payments will be made. Therefore, the Employer Identification Number that should be written on the check is 20-8056054 because it is for tax payment on behalf of the SEC v Raytheon Company Distribution Fund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 27, 2008 in Half Moon Bay, California.

*/s/ Jude P. Damasco*

Jude P. Damasco

F:\Settlement Funds\SEC Agency Cases\SEC V Raytheon Co DF\2007\JPD 2007 US DC TR 2008 Q1 Q2 Est Dec.doc