UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES & EXCHANGE COMMISSION,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 06-1182 (GK) |
| : | |
| **RAYTHEON COMPANY, DANIEL P.** : | |
| **BURNHAM and ALDO R. SERVELLO,** : | |
| : | |
| **Defendants.** : | |

## ORDER

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED**:

1. The Clerk of Court shall issue a check on CRIS account number 1:06-cv1182 under the case name designation "SEC v. Raytheon Company, Daniel P. Burnhan and Aldo Servello" for the amount of $111,126 payable to "Damasco & Associates, Trust Account," for the payment of tax obligations as provided in the Declaration. The check shall contain the notation "SEC v. Raytheon Company, Daniel Burnham and Aldo Servello," account number 1:06-cv1182, Employer Identification Number 20-8056054, and "first and second quarters 2008 tax estimate and 2007 tax liability."

    2.    The Clerk shall send the check by overnight mail to:

>Damasco & Associates, LLP
>700 Monte Vista Lane
>Half Moon Bay, CA  94019
>Phone:  650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.


April 8, 2008                                        /s/
                                                              Gladys Kessler
                                                              United States District Judge


**Copies via ECF to all counsel of record**