UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> RAYTHEON COMPANY, DANIEL P. : <br> BURNHAM and ALDO R. SERVELLO, : <br> : <br> Defendants. : | Civil Action No. 06-1182 (GK) |

## ORDER

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED**:

1. The Clerk of Court shall issue a check on CRIS account number 1:06-cv1182 under the case name designation "SEC v. Raytheon Company, Daniel P. Burnhan and Aldo Servello" for the amount of $2,128.73 payable to Damasco & Associates, LLP, for the payment of the fees and expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation "SEC v. Raytheon Company, Daniel Burnham and Aldo Servello," account number 1:06-cv1182, Employer Identification Number 20-8056054, and "Tax Administrator fees for the year 2007."

2. The Clerk shall send the check by overnight mail to:

Damasco & Associates, LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

April 8, 2008                                  /s/_____
                                               Gladys Kessler
                                               United States District Judge

**Copies via ECF to all counsel of record**