UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>       **Plaintiff,**<br><br>  v.<br><br>RAYTHEON COMPANY, DANIEL P. BURNHAM,<br>and ALDO R. SERVELLO,<br><br>       **Defendants.** | **Civil Action No. 06-1182** |
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>       **Plaintiff,**<br><br>  v.<br><br>FRANKLYN A. CAINE,<br>21 Dexter Street<br>Dedham, MA 02026,<br><br>       **Defendant.** | **Civil Action No. 07-00494** |
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>       **Plaintiff,**<br><br>  v.<br><br>EDWARD S. PLINER,<br>13 Locust Street<br>Salem, MA 01970,<br><br>       **Defendant.** | **Civil Action No. 07-00495** |

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>      **Plaintiff,**<br><br> v.<br><br>JAMES E. GRAY,<br>13498 East Columbine Drive<br>Scottsdale, AZ 85260,<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-00496 |

## MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR APPOINTMENT OF A DISTRIBUTION AGENT

  Plaintiff, Securities and Exchange Commission, moves that the Court enter an Order in the form attached hereto appointing Epiq Systems, Inc. ("Epiq") as agent for distribution to investors of funds presently in the Court's registry as a result of settlements with defendants in the above-referenced matters. The motion is supported by the memorandum of law filed herewith.

Dated: June 24, 2008          Respectfully submitted,

                   s/ John D. Worland, Jr.
                   John D. Worland, Jr. (DC Bar No. 427797)
                   Timothy N. England
                   Beth Collier Groves
                   Attorneys for Plaintiff
                   Securities and Exchange Commission
                   100 F Street, NE
                   Washington, DC  20549
                   (202) 551-4542

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>       **Plaintiff,**<br><br> v.<br><br>RAYTHEON COMPANY, DANIEL P. BURNHAM,<br>and ALDO R. SERVELLO,<br><br>       **Defendants.** | **Civil Action No. 06-1182** |
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>       **Plaintiff,**<br><br> v.<br><br>FRANKLYN A. CAINE,<br>21 Dexter Street<br>Dedham, MA 02026,<br><br>       **Defendant.** | **Civil Action No. 07-00494** |
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>       **Plaintiff,**<br><br> v.<br><br>EDWARD S. PLINER,<br>13 Locust Street<br>Salem, MA 01970,<br><br>       **Defendant.** | **Civil Action No. 07-00495** |

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, D.C. 20549<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES E. GRAY,<br>13498 East Columbine Drive<br>Scottsdale, AZ 85260,<br><br>　　　　　　　　Defendant. | Civil Action No. 07-00496 |

### [PROPOSED] ORDER TO APPOINT DISTRIBUTION AGENT

The Court, having reviewed the Securities and Exchange Commission's Motion for Appointment of a Distribution Agent, and the supporting memorandum of law filed therewith, and for good cause shown,

**IT IS HEREBY ORDERED:**

That Epiq Systems, Inc. is appointed as agent for distribution to investors of funds presently in the Court's registry as a result of settlements with Defendants in the above-referenced matters.


Dated: _____


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2