## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have caused a copy of this **Motion for Appointment of a Distribution Agent** to be served upon the persons listed below by First Class Mail or ECF filing on this 24th day of June, 2008:

Counsel for Raytheon Company

> Griffith L. Green
> Sidley Austin, LLP
> 1501 K Street, NW
> Washington, D.C. 2005-1401
> 202-736-8126

Counsel for Daniel P. Burnham and Aldo R. Servello

> Stephen J. Crimmins
> Bingham, LLP
> 2020 K Street, NW
> Washington, D.C. 20006-1806
> 202-373-6108

Counsel for Franklyn A. Caine

> Joseph I. Goldstein
> Mayer Brown Rowe & Maw
> 1909 K Street NW
> Washington, DC 20006
> 202-263-3344

Counsel for Edward S. Pliner

> Harry Weiss and Laurie Stegman
> Wilmer Hale LLP
> 1875 Pennsylvania Avenue, NW
> Washington, DC 20006
> 202-663-6993 (Weiss)
> 202-663-6225 (Stegman)

Counsel for James E. Gray

Mark Radke
LeBoeuf Lamb Greene & MacRae LLP
1875 Connecticut Avenue NW, Suite 1200
Washington, DC 20009
202-986-8076 (Radke)


s/ John D. Worland, Jr.
John D. Worland, Jr.