**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ——————————————————— ) | |
| ) | |
| **SECURITIES AND EXCHANGE COMMISSION,** ) | |
| 100 F Street, N.E. ) | **Civil Action No. 06-1182** |
| Washington, D.C. 20549 ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **RAYTHEON COMPANY, DANIEL P. BURNHAM,** ) | |
| **and ALDO R. SERVELLO,** ) | |
| ) | |
| **Defendants.** ) | |
| ——————————————————— ) | |
| ) | |
| **SECURITIES AND EXCHANGE COMMISSION,** ) | |
| 100 F Street, N.E. ) | **Civil Action No. 07-00494** |
| Washington, D.C. 20549 ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **FRANKLYN A. CAINE,** ) | |
| 21 Dexter Street ) | |
| Dedham, MA 02026, ) | |
| ) | |
| **Defendant.** ) | |
| ——————————————————— ) | |
| ) | |
| **SECURITIES AND EXCHANGE COMMISSION,** ) | |
| 100 F Street, N.E. ) | **Civil Action No. 07-00495** |
| Washington, D.C. 20549 ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **EDWARD S. PLINER,** ) | |
| 13 Locust Street ) | |
| Salem, MA 01970, ) | |
| ) | |
| **Defendant.** ) | |
| ——————————————————— ) | |

_____
                                                    )
SECURITIES AND EXCHANGE COMMISSION,        )
100 F Street, N.E.                                  )        **Civil Action No. 07-00496**
Washington, D.C.  20549                             )
                                                    )
                          **Plaintiff,**            )
                                                    )
      v.                                            )
                                                    )
JAMES E. GRAY,                                      )
13498 East Columbine Drive                          )
Scottsdale, AZ 85260,                               )
                                                    )
                          **Defendant.**            )
_____    )

### MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR APPOINTMENT OF A DISTRIBUTION AGENT

Plaintiff, Securities and Exchange Commission, moves that the Court enter an Order in the form attached hereto appointing Epiq Systems, Inc. ("Epiq") as agent for distribution to investors of funds presently in the Court's registry as a result of settlements with defendants in the above-referenced matters.  The motion is supported by the memorandum of law filed herewith.

Pursuant to Local Rule 7(m), counsel for the Commission has contacted the counsel of record for all parties, and none of them object to the Commission's request for this appointment.

Dated:  July 16, 2008                          Respectfully submitted,


                                        s/ John D. Worland, Jr.
                                        John D. Worland, Jr. (DC Bar No. 427797)
                                        Timothy N. England
                                        Beth Collier Groves
                                        Attorneys for Plaintiff
                                        Securities and Exchange Commission
                                        100 F Street, NE
                                        Washington, DC  20549
                                        (202) 551-4542

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SECURITIES AND EXCHANGE COMMISSION,  )
100 F Street, N.E.                   )     **Civil Action No. 06-1182**
Washington, D.C.  20549              )
                                    )
                   Plaintiff,        )
                                    )
        v.                           )
                                    )
RAYTHEON COMPANY, DANIEL P. BURNHAM, )
and ALDO R. SERVELLO,                )
                                    )
                   Defendants.       )
_____)
                                    )
SECURITIES AND EXCHANGE COMMISSION,  )
100 F Street, N.E.                   )     **Civil Action No. 07-00494**
Washington, D.C.  20549              )
                                    )
                   Plaintiff,        )
                                    )
        v.                           )
                                    )
FRANKLYN A. CAINE,                   )
21 Dexter Street                     )
Dedham, MA 02026,                    )
                                    )
                   Defendant.        )
_____)
                                    )
SECURITIES AND EXCHANGE COMMISSION,  )
100 F Street, N.E.                   )     **Civil Action No. 07-00495**
Washington, D.C.  20549              )
                                    )
                   Plaintiff,        )
                                    )
        v.                           )
                                    )
EDWARD S. PLINER,                    )
13 Locust Street                     )
Salem, MA 01970,                     )
                                    )
                   Defendant.        )
_____)

|  | ) |  |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) | |
| **100 F Street, N.E.** | ) | **Civil Action No. 07-00496** |
| **Washington, D.C.  20549** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JAMES E. GRAY,** | ) | |
| **13498 East Columbine Drive** | ) | |
| **Scottsdale, AZ 85260,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## [PROPOSED] ORDER TO APPOINT DISTRIBUTION AGENT

The Court, having reviewed the Securities and Exchange Commission's Motion for

Appointment of a Distribution Agent, and the supporting memorandum of law filed therewith,

and for good cause shown,

**IT IS HEREBY ORDERED:**

That Epiq Systems, Inc. is appointed as agent for distribution to investors of funds

presently in the Court's registry as a result of settlements with Defendants in the above-

referenced matters.


Dated: _____


_____
UNITED STATES DISTRICT JUDGE


2