# **CERTIFICATE OF SERVICE**

      This is to certify that I have caused a copy of this **Motion for Appointment of a Distribution Agent** to be served upon the persons listed below by First Class Mail or ECF filing on this 16th day of July, 2008:

Counsel for Raytheon Company

        Griffith L. Green
        Sidley Austin, LLP
        1501 K Street, NW
        Washington, D.C. 2005-1401
        202-736-8126

Counsel for Daniel P. Burnham and Aldo R. Servello

        Stephen J. Crimmins
        Bingham, LLP
        2020 K Street, NW
        Washington, D.C. 20006-1806
        202-373-6108

Counsel for Franklyn A. Caine

        Joseph I. Goldstein
        Mayer Brown Rowe & Maw
        1909 K Street NW
        Washington, DC 20006
        202-263-3344

Counsel for Edward S. Pliner

        Harry Weiss and Laurie Stegman
        Wilmer Hale LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC 20006
        202-663-6993 (Weiss)
        202-663-6225 (Stegman)

Counsel for James E. Gray

        Mark Radke
        LeBoeuf Lamb Greene & MacRae LLP
        1875 Connecticut Avenue NW, Suite 1200
        Washington, DC 20009
        202-986-8076 (Radke)

        <u>s/ John D. Worland, Jr.</u>
        John D. Worland, Jr.